AO 91 (Rev. 11/11) Criminal Complaint

**United States District Court
Southern District of Texas
FILED**

MAR 3 1 2021

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States of America
v.

RYANT RODRIGUEZ (1996 - USC)

*Defendant(s)*

Case No. M-21-MJ-0690-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 19-20, 2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A | Distribution of Child Pornography |

This criminal complaint is based on these facts:
See Attachment "A"

☑ Continued on the attached sheet.

Complaint Authorized AUSA Michael Mitchell 3/31/2021

Sworn to and executed by reliable electronic means, sworn to U.S. Magistrate Judge J. Scott Hacker and attested telephonically per F.R.CR.4.1, and probable cause found on

/s/ Jeremy Fisher
*Complainant's signature*

Jeremy Fisher, Special Agent, FBI
*Printed name and title*

Date: 03/31/2021 @ 4:40 PM

City and state: McAllen, Texas

Honorable J. Scott Hacker U.S. Magistrate Judge
*Judge's signature*
*Printed name and title*

## Attachment "A"

<u>Affidavit in Support of Complaint</u>

I, Special Agent Jeremy Fisher, being first duly sworn, state as follows:

1. On February 9, 2021, FBI San Antonio - McAllen RA received a lead from another FBI field office that is currently engaged in a large Child Sexual Abuse Material case. The purpose of this investigation is for the FBI to use undercover employees to strategically target individuals using a social media application to trade and distribute Child Sexual Abuse Material. One individual identified during the course of this investigation was RYANT RODRIGUEZ (DOB: ▓▓▓▓/1996) who resides within the City of Edinburg located in the State of Texas, which is within the area of responsibility of the Southern District of Texas.

2. A Deputy Investigator with from a Sheriff's Office, in the United States, operated in an online undercover capacity as a member of multiple social media groups dedicated to the trading of Child Sexual Abuse Material. Some of these groups include "Young Share," "Teeny Tiny Tots," "Breeding No Age Limits," "Ups And Downs of Kids," "Girls 4 to 8 (anything goes)," "Underage," and others. The FBI, in collaboration with the Sheriff's Office, is identifying the individuals in these groups for the purposes of federal prosecution as appropriate.

3. One of the individuals identified was "ryantjune" and was a member of the group called "Loving Kids 1 Private," which has been established as a known child sexual abuse material sharing group on the subject social media application. While both the OCE and "ryantjune" were members of the group, multiple images, and videos of child sexual abuse material were distributed to for all members to view in the thread. This user "ryantjune" also distributed three videos of child sexual abuse material in this group.

4. The videos "ryantjune" shared to the group, depicts the following:

   c. Video 1 depicts a nude prepubescent male approximately 5 to 6 years old. The prepubescent male is wearing a black leather dog collar. The prepubescent male can be

1

seen applying lubricant to what appears to be a black silicon "butt plug[1]." The camera zooms in on the prepubescent male's anus and genitalia. The prepubescent male can be seen inserting the black object into his anus. This video was sent on February 19, 2020, at approximately 10:56PM Central Standard Time.

d. Video 2 depicts a prepubescent female approximately 5 to 6 years old standing next to a nude adult male with his erect penis exposed. The adult male can be seen holding the prepubescent female's head and forcefully inserting his erect penis into her mouth. This video was sent on February 20, 2020, at approximately 7:35AM Central Standard Time.

e. Video 3 depicts a nude prepubescent female approximately 6 to 9 years old seated on a bed between the legs of a nude adult male who has his erect penis exposed. The prepubescent female then performs oral sex on the adult male. This video was sent on February 20, 2020, at approximately 7:35AM Central Standard Time.

5. The FBI has screenshots of the videos shared within the chat by "ryantjune" RODRIGUEZ. These images show the profile picture of RODRIGUEZ's account as well as the group chat name "Loving Kids 1 Private." Below is a screenshot of "ryantjune" RODRIGUEZ's social media profile picture:



---

[1] Butt Plug - A butt plug is a sex toy that is designed to be inserted into the rectum for sexual pleasure. They are similar to a dildo in some ways but tend to be shorter and have a flanged end to prevent the device from being lost inside the rectum.

2

6. On February 28, 2020, an administrative subpoena was served to the subject social media application for subscriber information associated to the username "ryantjune". On March 3, 2020, the social media application provided subscriber information as well as identifying the device being used (Android "ID-51189ab79d845303"/LM-X220).

7. The social media application also sent the FBI login and IP Log information. The FBI analyzed the IP Logs and made the following observations:

a) Video 1: was posted from IP address 172.58.111.238 "chatt network" "Mobile LTE."
b) Video 2: was posted from IP address 70.120.240.228 a WIFI network connection for an address in Edinburg, Texas registered to RODRIGUEZ.
c) Video 3: was posted from IP address 70.120.240.228 a WIFI network connection for address an address Edinburg, Texas registered to RODRIGUEZ.

8. On March 5, 2020, an administrative subpoena was served to Charter for subscriber information associated to IP address 70.120.240.228. On May 5, 2020, Charter provided the following information:

*Subscriber Name: Ryant Rodriguez*

*Subscriber Address: Edinburg, Texas 78542*

*Email: RYANTRDZ@* 

*Phone Number: 956-438-**** [redacted]*

9. An Accurint query for RYANT RODRIGUEZ in Edinburg, Texas revealed the following individual:

*Name: Ryant Rodriguez*

*Date of Birth: ** **** 1996 [redacted]*

*SSN: ***-***-*** [redacted]*

*Potential Vehicle: red 2014 Ford Focus (hatch back)/VIN:* ▮▮▮▮▮▮

*License Plate:* ▮▮▮▮▮*TX*

10. On March 31, 2021, at 6:00AM, a premises search warrant was executed on RODRIGUEZ's residence located in Edinburg, Texas 78542. While on scene agents showed RODRIGUEZ's mother, the following images obtained from his messaging applications including the image from the social media application used in February of 2020 (the account used to distribute CSAM):





HINOJOSA positively identified the individual depicted in the images as her son (RODRIGUEZ).

11. While at the residence RODRIGUEZ identified two cell phones he used. RODRIGUEZ identified the phone in the blue case as his newer phone (since November 2020) and the phone in the

4

gold case as his older phone (used for years prior to November 2020). RODRIGUEZ stated the gold phone is an old phone without cellular service, but he still used it with wifi.

12. The background on the gold cell phone (IMEI 359113101034039) depicted a crest with the word "Montague." I showed RODRIGUEZ a picture taken of his device, which depicted the above-described image and he confirmed that device was his.



c.

13. The below listed images were taken on RODRIGUEZ's active social media account today, March 31, 2021:



c.

14. Through a preliminary review of the phone SA Fisher located numerous thumbnails within the device. One of the thumbnails depicted the prepubescent female from the above listed

"Video 2." The prepubescent female was wearing the same clothing and was in the same bathroom. SA Fisher also identified at least five videos depicting adult males conducting sexual acts on prepubescent females/males. One video depicted two prepubescent males conducting sexual acts on one another at the guidance of an adult male.

15. RODRIGUEZ was transported and booked into the Hidalgo County Detention Facility at La Villa without incident.